IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00030-MP-AK

ALFRED LEE CASON, JR,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 74, Motion for Forfeiture of Property by Alfred Lee Cason, Jr. A telephone hearing was held on this matter on Friday, July 28, 2006. In the motion, and during the hearing, the defendant stated that the wife, Stacy Cason, withdraws any objection and now consents to the forfeiture. This motion is granted. By withdrawing this objection, both the defendant and his wife, Stacy Cason, now consent to the forfeiture.

**DONE AND ORDERED** this   *28th* day of July, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge