IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00030-MP-AK

ALFRED LEE CASON, JR,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 80, a motion by Chase Manhattan Mortgage Corporation to determine the validity of its interest in Mr. Cason's property that, per the order at doc. 78, is set to be forfeited. In order to better adjudicate this motion, the Court directs the government to file a written response by Friday, October 6, 2006.

**DONE AND ORDERED** this  *13th*   day of September, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge