IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:04-cr-00030-MP-AK

ALFRED LEE CASON, JR,

    Defendant.

_____/

**FINAL ORDER OF FORFEITURE**

THIS CAUSE CAME before the court on the Motion of the United States of America for a Final Order Of Forfeiture.  Being fully advised in the premises, the Court finds as follows:

WHEREAS, on March 8, 2005, this Court entered a Preliminary Order Of Forfeiture against the following property;

Real property located at (REDACTED) Alachua County, Florida, more particularly described as, (REDACTED) NORTHWOOD PINES UNIT (REDACTED) according to the plat thereof recorded in Plat Book (REDACTED)  of the Public Records of Alachua County, Florida, pursuant to the provisions of 21 U.S.C. § 853, based upon the Defendant's Plea And Cooperation Agreement and the Forfeiture Count of the Indictment; and

WHEREAS, on September 23, 30, October 7 and 14, 2005, the United States of America caused to be published in the Gainesville Sun, a newspaper of general circulation, notice of this forfeiture and the intent of the United States of America to dispose of the property, in accordance with the law, and further notifying all third parties of their interest in said property; and

WHEREAS, on July 28, 2006, the Court entered an Order granting Stacy Cason's Motion To Consent To Forfeiture; and

WHEREAS, on or about September 5, 2006, Chase Manhattan Mortgage Corporation, filed a petition based on a mortgage it owns encumbering this property, and whereas the United States of America recognizes the mortgage of Chase Manhattan Mortgage Corporation; and

WHEREAS, no other persons or entities having an interest in the above-referenced property have timely filed petitions, it is hereby

ORDERED, ADJUDGED and DECREED that the right, title and interest to the above-referenced property, is hereby condemned, forfeited and vested in the United States of America, subject only to the mortgage of Chase Manhattan Mortgage Corporation, and shall be disposed of in accordance with the law.

**DONE AND ORDERED** this  *22nd*  day of September, 2006

　　　　　　　　　　　　*s/Maurice M. Paul*
　　　　　　　　　Maurice M. Paul, Senior District Judge